JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KAWESCH, <br><br> Plaintiff, <br><br> v. <br><br> SNEAKERS-N-CHEFS, LLC, a Michigan Limited Liability Company; TRAVIS BRUMFIELD, an Individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | No. CV 24-303 PA (MAAx) <br><br> JUDGMENT |

In accordance with the Court's Order granting the Motion for Default Judgment filed by plaintiff Gary Kawesch ("Plaintiff") against defendants Sneakers-N-Chefs, LLC and Travis Brumfield (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall have judgment entered in his favor against Sneakers-N-Chefs, LLC and Travis Brumfield, jointly and severally, in the amount of $843,585.34; and

2. Plaintiff shall recover from Defendants post-judgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

. . . .

. . . .

3. Plaintiff shall recover from Defendants his costs of suit.

DATED: April 24, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE